IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL COUNCIL FOR ADOPTION, BUILDING ARIZONA FAMILIES on behalf of itself and its birth-parent clients, birth parents D.V. and N.L., and baby boy T.W. by and through his guardian ad litem PHILIP (JAY) MCCARTHY, JR., <br><br>Plaintiffs, <br><br>v. <br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, KEVIN WASHBURN, in his official capacity as Assistant Secretary of Indian Affairs, BUREAU OF INDIAN AFFAIRS, and the UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br>Defendants. | Case No. 1:15-cv-00675 |

**PLAINTIFF NATIONAL COUNCIL FOR ADOPTION'S MOTION FOR SUMMARY JUDGMENT ON APA CLAIM**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's Local Civil Rule 56, Plaintiff National Council for Adoption ("NCFA") respectfully moves for summary judgment holding unlawful and vacating the Guidelines for State Courts and Agencies in Indian Child Proceedings, 80 Fed. Reg. 10,146 (Feb. 25, 2015) ("2015 Guidelines"). There is no dispute as to any material fact, and NCFA is entitled to judgment as a matter of law. The grounds for this motion are set forth in NCFA's Memorandum in Support of its Motion for Summary Judgment on its APA claim, which is incorporated herein, along with the Declaration

1

of Charles Johnson, attached Exhibit, and Proposed Order.

   WHEREFORE, NCFA respectfully requests that this Court grant summary judgment in NCFA's favor holding unlawful and vacating the 2015 Guidelines.

Date:  July 30, 2015             Respectfully submitted,

                     <u>Jacob S. Siler</u>
                     JACOB S. SILER (Va. Bar No. 80934)
                     MATTHEW D. MCGILL (*pro hac vice*)
                     ROBERT GONZALEZ (*pro hac vice*)
                     GIBSON, DUNN & CRUTCHER LLP
                     1050 Connecticut Avenue, N.W.
                     Washington, DC  20036
                     Telephone:  (202) 955-8500
                     Facsimile:  (202) 467-0539

                     LORI ALVINO MCGILL (*pro hac vice*)
                     QUINN EMANUEL URQUHART
                     & SULLIVAN LLP
                     777 6th Street, N.W.
                     Washington, DC 20001
                     Telephone:  (202) 538-8210
                     Facsimile:  (202) 538-8100

                     MARK D. FIDDLER (*pro hac vice* pending)
                     FIDDLER LAW OFFICE, P.A.
                     6800 France Avenue So., Suite 190
                     Minneapolis, MN  55435
                     Telephone:  (612) 822-4095
                     Facsimile:  (612) 822-4096

                     *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 30 day of July, 2015, I will cause to be electronically filed the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

  Dennis C. Barghaan, Jr.
  Assistant U.S. Attorney
  2100 Jamieson Avenue
  Alexandria, Virginia 22314
  Telephone: (703) 299-3891
  Fax: (703) 299-3983
  Email: dennis.barghaan@usdoj.gov

Date:  July 30, 2015

                <u>Jacob S. Siler</u>
                JACOB S. SILER (Va. Bar No. 80934)
                GIBSON, DUNN & CRUTCHER LLP
                1050 Connecticut Avenue, N.W.
                Washington, DC  20036
                Telephone:  (202) 955-8500
                Facsimile:  (202) 467-0539

                *Counsel for Plaintiffs*