**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| NATIONAL COUNCIL FOR ADOPTION, BUILDING ARIZONA FAMILIES on behalf of itself and its birth-parent clients, birth parents D.V. and N.L., and baby boy T.W. by and through his guardian ad litem PHILIP (JAY) MCCARTHY, JR., ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:15-cv-00675 |
| SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, KEVIN WASHBURN, in his official capacity as Assistant Secretary of Indian Affairs, BUREAU OF INDIAN AFFAIRS, and the UNITED STATES DEPARTMENT OF THE INTERIOR, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff National Council for Adoption's Motion for Summary Judgment on its APA claim, Defendant's response thereto, and Plaintiff's reply brief, and having conducted a hearing on Plaintiff's Motion for Summary Judgment on its APA claim, for good cause shown, it is hereby **ORDERED THAT**:

1.  Plaintiff's Motion for Summary Judgment on its APA claim is **GRANTED** in full and the Guidelines for State Courts and Agencies in Indian Child Proceedings, 80 Fed. Reg. 10,146 (Feb. 25, 2015), are hereby held unlawful and vacated.

Dated: _____                                  _____
                                                       Hon. Gerald Bruce Lee
                                                       United States District Court Judge