# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| NATIONAL COUNCIL FOR ADOPTION, BUILDING ARIZONA FAMILIES on behalf of itself and its birth-parent clients, birth parents D.V. and N.L., and baby boy T.W. by and through his guardian ad litem PHILIP (JAY) MCCARTHY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, KEVIN WASHBURN, in his official capacity as Assistant Secretary of Indian Affairs, BUREAU OF INDIAN AFFAIRS, and the UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | Civil Action No. 1:15cv00675 |

## **DEFENDANTS' MOTION TO TRANSFER VENUE**

Pursuant to 28 U.S.C. § 1404(a), Defendants Sally Jewell, Kevin Washburn, the Bureau of Indian Affairs, and the Department of the Interior, by and through their attorneys, hereby move to transfer this action to the United States District Court for the District of Arizona, where this action can be litigated alongside (or even consolidated) with a related case filed in that jurisdiction.

The facts and authority in support of this motion are set forth in the accompanying memorandum of law. Counsel for Defendants consulted with counsel for Plaintiffs on this motion on July 28, 2015 and again on July 30, 2015, and Plaintiffs oppose.

DATE: July 30, 2015

    Respectfully Submitted,

    JOHN C. CRUDEN
    Assistant Attorney General
    Environment and Natural Resources Division
    United States Department of Justice

    DANA J. BOENTE
    United States Attorney

By: _____/s/_____
    DENNIS C. BARGHAAN, JR.
    Assistant U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Telephone: (703) 299-3891
    Fax: (703) 299-3983
    Email: dennis.barghaan@usdoj.gov

Of Counsel:
REBEKAH KRISPINSKY     STEVEN M. MISKINIS
Assistant Solicitor     Indian Resources Section
United States Department of the Interior     CHRISTINE W. ENNIS
    Law and Policy Section
    Environment and Natural Resources Div.
    United States Department of Justice
    P.O. Box 44378
    Washington, D.C. 20026
    Email: steven.miskinis@usdoj.gov
    Telephone: (202) 305-0262
    Fax: (202) 305-0275

    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2015, this DEFENDANTS' MOTION TO TRANSFER VENUE was filed electronically with the Clerk of Court through the Court's CM/ECF system, which will send notification of this filing to the following recipient:

Jacob Stephen Siler
Gibson Dunn & Crutcher LLP (DC)
1050 Connecticut Avenue NW Suite 300
Washington, DC 20036
Email: Jsiler@gibsondunn.com

DATE: July 30, 2015

By: _____/s/_____
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ATTORNEY FOR DEFENDANTS