IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATIONAL COUNCIL FOR ADOPTION, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SALLY JEWELL, in her official capacity as )<br>Secretary of the United States Department of )<br>the Interior, *et al.*, )<br>)<br>Defendants. | Case No. 1:15-cv-675-GBL-MSN |

**ORDER**

THIS MATTER is before the Court on Defendants Sally Jewell, in her official capacity as Secretary of the United States Department of the Interior, Kevin Washburn, in his official capacity as Assistant Secretary of Indian Affairs, the Bureau of Indian Affairs, and the United States Department of the Interior's ("Defendants") Motion to Transfer Venue (Doc. 28). For the reasons stated in open court on August 20, 2015, it is hereby

**ORDERED** that Defendants' Motion to Transfer Venue (Doc. 28) is **DENIED**.

**IT IS SO ORDERED.**

ENTERED this 20th day of August, 2015.

Alexandria, Virginia
8/ 20/ 2015

/s/
Gerald Bruce Lee
United States District Judge