# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

|  |  |
|---|---|
| NATIONAL COUNCIL FOR ADOPTION, BUILDING ARIZONA FAMILIES on behalf of itself and its birth-parent clients, birth parents D.V. and N.L., and baby boy T.W. by and through his guardian ad litem PHILIP (JAY) MCCARTHY, JR., | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, KEVIN WASHBURN, in his official capacity as Assistant Secretary of Indian Affairs, BUREAU OF INDIAN AFFAIRS, and the UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:15cv00675

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(c), and Local Rule 7, Defendants, through their undersigned counsel, respectfully move this Court to dismiss the Complaint in its entirety, or for judgment on the pleadings. The grounds for this motion are set forth in the memorandum of law in support of the motion, which has been filed simultaneously with the motion itself.

In this respect, Defendants have already presented their argument against Count I of the Complaint in their Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Opposition"). ECF No. 48 at 15, 20-30. That argument is summarized in the

present memorandum, and Defendants now respectfully and formally move this Court to dismiss Count I with prejudice for the reasons set forth in the memorandum, and as referenced therein, for the reasons set forth in the Opposition.

WHEREFORE, Defendants respectfully request that this Court dismiss the Complaint or enter judgment on the pleadings.

                                      Respectfully submitted,

                                      JOHN C. CRUDEN
                                      Assistant Attorney General
                                      Environment and Natural Resources Division
                                      United States Department of Justice

                                      DANA J. BOENTE
                                      United States Attorney

By:        /s/
                                      DENNIS C. BARGHAAN, JR.
                                      Assistant U.S. Attorney
                                      2100 Jamieson Avenue
                                      Alexandria, Virginia 22314
                                      Telephone: (703) 299-3891
                                      Fax: (703) 299-3983
                                      Email: dennis.barghaan@usdoj.gov

Of Counsel:
REBEKAH KRISPINSKY                  JOANN KINTZ
Assistant Solicitor                            STEVEN M. MISKINIS
United States Department of the Interior    Indian Resources Section
                                                      CHRISTINE W. ENNIS
                                                      Law and Policy Section
                                                      Environment and Natural Resources Div.
                                                      United States Department of Justice
                                                      P.O. Box 44378
                                                      Washington, D.C. 20026
                                                      Email: steven.miskinis@usdoj.gov
                                                      Telephone: (202) 305-0262
                                                      Fax: (202) 305-0275

DATE: September 11, 2015                   ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Jacob Stephen Siler
Gibson Dunn & Crutcher LLP (DC)
1050 Connecticut Avenue N.W., Suite 300
Washington, DC 20036
Email: Jsiler@gibsondunn.com

Date: September 11, 2015

                  /s/
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ATTORNEYS FOR DEFENDANTS