IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL COUNCIL FOR ADOPTION, BUILDING ARIZONA FAMILIES on behalf of itself and its birth-parent clients, birth parents D.V. and N.L., and baby boy T.W. by and through his guardian ad litem PHILIP (JAY) MCCARTHY, JR.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, KEVIN WASHBURN, in his official capacity as Assistant Secretary of Indian Affairs, BUREAU OF INDIAN AFFAIRS, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendants. | Case No. 1:15-cv-00675 |

### Stipulation of Dismissal

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal without prejudice of all of the claims of Plaintiffs D.V., N.L., T.W., and Philip (Jay) McCarthy. The claims of Plaintiffs National Council for Adoption and Building Arizona Families are not affected by this Stipulation.

| | |
|---|---|
| Date:  October 16, 2015 | Respectfully submitted, |
| /s/Dennis C. Barghaan, Jr. | /s/Jacob S. Siler |
| DENNIS C. BARGHAAN, JR. | JACOB S. SILER (Va. Bar No. 80934) |
| Assistant U.S. Attorney | GIBSON, DUNN & CRUTCHER LLP |
| 2100 Jamieson Avenue | 1050 Connecticut Avenue, N.W. |
| Alexandria, Virginia 22314 | Washington, DC  20036 |
| Telephone: (703) 299-3891 | Telephone:  (202) 955-8500 |
| Fax: (703) 299-3891 | Facsimile:  (202) 467-0539 |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of October, 2015, I will cause to be electronically filed the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

    Dennis C. Barghaan, Jr.
    Assistant U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Telephone: (703) 299-3891
    Fax: (703) 299-3983
    Email: dennis.barghaan@usdoj.gov

Date:  October 16, 2015

                                      /s/Jacob S. Siler
                                      JACOB S. SILER (Va. Bar No. 80934)
                                      GIBSON, DUNN & CRUTCHER LLP
                                      1050 Connecticut Avenue, N.W.
                                      Washington, DC  20036
                                      Telephone:  (202) 955-8500
                                      Facsimile:  (202) 467-0539

                                      *Counsel for Plaintiffs*