IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATIONAL COUNCIL FOR ADOPTION, )<br>BUILDING ARIZONA FAMILIES on behalf )<br>of itself and its birth-parent clients, birth )<br>parents D.V. and N.L., and baby boy T.W. by )<br>and through his guardian ad litem PHILIP )<br>(JAY) MCCARTHY, JR., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>SALLY JEWELL, in her official capacity as )<br>Secretary of the United States Department of )<br>the Interior, KEVIN WASHBURN, in his )<br>official capacity as Assistant Secretary of )<br>Indian Affairs, BUREAU OF INDIAN )<br>AFFAIRS, and the UNITED STATES )<br>DEPARTMENT OF THE INTERIOR, )<br>)<br>    Defendants. | Case No. 1:15-cv-675-GBL-MSN |

## **FINAL JUDGMENT**

THIS MATTER is before the Court on Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction and for Judgment on the Pleadings (Docs. 50, 51). For the reasons stated in the Memorandum Opinion and Order dated December 9, 2015 (Doc. 69), it is hereby

**ORDERED that JUDGMENT is ENTERED** in favor of Defendants Sally Jewell, in her official capacity as Secretary of the United States Department of the Interior, Kevin Washburn, in his official capacity as Assistant Secretary of Indian Affairs, the Bureau of Indian Affairs, and the Department of the Interior and against Plaintiffs National Council for Adoption, Building Arizona Families on behalf of itself and its birth-parent clients, birth parents D.V. and

N.L., and baby boy T.W. by and through his guardian ad litem Philip (Jay) McCarthy, Jr., pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

ENTERED this 9th day of December, 2015.

Alexandria, Virginia
12 / 9 / 2015

/s/
Gerald Bruce Lee
United States District Judge