**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

_____

NATIONAL COUNCIL FOR ADOPTION,          )
BUILDING ARIZONA FAMILIES, on            )
behalf of itself and its birth-parent clients, )
birth parents D.V. and N.L., and baby boy )
T.W. by and through his guardian ad litem )
PHILIP (JAY) MCCARTHY, JR.,              )
                                         )
           Plaintiffs,                  )
                                         )
       v.                             )          Case No. 1:15-cv-00675
                                         )
SALLY JEWELL, in her official capacity as )
Secretary of the United States Department of )
the Interior, KEVIN WASHBURN, in his     )
official capacity as Assistant Secretary of )
Indian Affairs, BUREAU OF INDIAN         )
AFFAIRS, and the UNITED STATES           )
DEPARTMENT OF THE INTERIOR,              )
                                         )
           Defendants.                  )
_____

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs National Council for Adoption and Building

Arizona Families hereby appeal to the United States Court of Appeals for the Fourth Circuit

from:  (1) the Order denying National Council for Adoption's motion for partial summary

judgment entered on September 29, 2015 (ECF No. 61); (2) the Memorandum Opinion and

Order denying National Council for Adoption's motion for partial summary judgment entered on

October 20, 2015 (ECF No. 66); (3) the Memorandum Opinion and Order granting Defendants'

motion to dismiss the complaint entered on December 9, 2015 (ECF No. 69); and (4) the Final

Judgment entered in favor of Defendants on December 9, 2015 (ECF No. 70).

Date:  February 1, 2016                    Respectfully submitted,

                                           /s/  Anna M. McKenzie
                                           ANNA M. MCKENZIE (Va. Bar No. 84022)
                                             amckenzie@gibsondunn.com
                                           MATTHEW D. MCGILL (*pro hac vice*)
                                             mmcgill@gibsondunn.com
                                           ROBERT GONZALEZ (*pro hac vice*)
                                             rgonzalez@gibsondunn.com
                                           GIBSON, DUNN & CRUTCHER LLP
                                           1050 Connecticut Avenue, N.W.
                                           Washington, DC  20036
                                           Telephone:  (202) 955-8500
                                           Facsimile:  (202) 467-0539

                                           LORI ALVINO MCGILL (*pro hac vice*)
                                           QUINN EMANUEL URQUHART
                                           & SULLIVAN LLP
                                           777 6th Street, N.W.
                                           Washington, DC 20001
                                           Telephone:  (202) 538-8210
                                           Facsimile:  (202) 538-8100

                                           MARK D. FIDDLER (*pro hac vice*)
                                           FIDDLER LAW OFFICE, P.A.
                                           6800 France Avenue So., Suite 190
                                           Minneapolis, MN  55435
                                           Telephone:  (612) 822-4095
                                           Facsimile:  (612) 822-4096

                                           *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2016, I will cause to be electronically

filed the foregoing with the Clerk of the Court for the Eastern District of Virginia using the

CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Dennis C. Barghaan, Jr.
> Assistant U.S. Attorney
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Telephone: (703) 299-3891
> Fax: (703) 299-3983
> Email: dennis.barghaan@usdoj.gov

Date:  February 1, 2016

> /s/  Anna M. McKenzie
> ANNA M. MCKENZIE (Va. Bar No. 84022)
>   amckenzie@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue, N.W.
> Washington, DC  20036
> Telephone:  (202) 955-8500
> Facsimile:  (202) 467-0539
>
> *Counsel for Plaintiffs*