FILED: February 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1110
(1:15-cv-00675-GBL-MSN)
_____

NATIONAL COUNCIL FOR ADOPTION; BUILDING ARIZONA FAMILIES, on behalf of itself and its birth-parent clients

   Plaintiffs - Appellants

 and

D. V., Birth Parent; N. L., Birth Parent; T. W., baby boy, by and through his guardian ad litem Philip (Jay) McCarthy, Jr.

   Plaintiffs

v.

SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior; KEVIN WASHBURN, in his official capacity as Assistant Secretary of Indian Affairs; BUREAU OF INDIAN AFFAIRS; UNITED STATES DEPARTMENT OF THE INTERIOR

   Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:15-cv-00675-GBL-MSN |

`Case 1:15-cv-00675-GBL-MSN   Document 77   Filed 02/03/16   Page 2 of 2 PageID# 776`

| | |
|---|---|
| Date notice of appeal filed in originating court: | 02/01/2016 |
| Appellant (s) | National Council for Adoption and Building Arizona Families on behalf of itself and its birth-parent clients |
| Appellate Case Number | 16-1110 |
| Case Manager | Anisha Walker<br>804-916-2704 |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 02/01/2016 |
| Appellant (s) | National Council for Adoption and Building Arizona Families on behalf of itself and its birth-parent clients |
| Appellate Case Number | 16-1110 |
| Case Manager | Anisha Walker<br>804-916-2704 |

Case 1:15-cv-00675-GBL-MSN   Document 77   Filed 02/03/16   Page 2 of 2 PageID# 776